Same case below, 570 F.3d 520.

**No. 09-698. Gary McKinney, Petitioner v. Board of Medical Examiners of Colorado.**

559 U.S. 939, 130 S. Ct. 1524, 176 L. Ed. 2d 114, 2010 U.S. LEXIS 1130.

February 22, 2010. Petition for writ of certiorari to the Court of Appeals of Colorado denied.

**No. 09-701. Allrite Sheetmetal, Inc., Petitioner v. Bank of Commerce, et al.**

559 U.S. 939, 130 S. Ct. 1525, 176 L. Ed. 2d 114, 2010 U.S. LEXIS 1286.

February 22, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 388 Ill. App. 3d 1130, 367 Ill. Dec. 605, 982 N.E.2d 283.

**No. 09-702. Acushnet Company, Petitioner v. Callaway Golf Company.**

559 U.S. 939, 130 S. Ct. 1525, 176 L. Ed. 2d 114, 2010 U.S. LEXIS 1483.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 576 F.3d 1331.

**No. 09-706. Thomas Tusini, Petitioner v. John E. Potter, Postmaster General, et al.**

559 U.S. 939, 130 S. Ct. 1525, 176 L. Ed. 2d 114, 2010 U.S. LEXIS 1248.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-710. Michael Preston Hall, Petitioner v. Carina Nicole Tennison.**

559 U.S. 939, 130 S. Ct. 1526, 176 L. Ed. 2d 114, 2010 U.S. LEXIS 1138.

February 22, 2010. Petition for writ of certiorari to the Superior Court of Georgia, Cobb County, denied.

**No. 09-716. Teruya Brothers, Ltd. & Subsidiaries, Petitioner v. Commissioner of Internal Revenue.**

559 U.S. 939, 130 S. Ct. 1526, 176 L. Ed. 2d 114, 2010 U.S. LEXIS 1247.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 580 F.3d 1038.

**No. 09-718. Lawrence Mattison, Petitioner v. Virginia.**

559 U.S. 939, 130 S. Ct. 1526, 176 L. Ed. 2d 114, 2010 U.S. LEXIS 1106.

February 22, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 09-719. Daniel Konar, Petitioner v. Illinois.**

559 U.S. 939, 130 S. Ct. 1527, 176 L. Ed. 2d 114, 2010 U.S. LEXIS 1304.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 327 Fed. Appx. 638.

**No. 09-730. Kevin C. Holtzer, Petitioner v. Barry Davis, Warden.**

559 U.S. 939, 130 S. Ct. 1527, 176 L. Ed. 2d 114, 2010 U.S. LEXIS 1115.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.